**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **AMBER PANKONIN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SOUTHEAST COMMUNITY COLLEGE AREA,**<br><br>**Defendant.** | **4:24CV3229**<br><br>**ORDER** |

This matter is before the Court on the Joint Motion to Stay Case Progression Deadlines and Extend Plaintiff's Deadline to Respond to Motion for Summary Judgment Pending Finalization of Settlement (Filing No. 41). The parties represent that they have reached a settlement in principle of this case, and request that the Court suspend further briefing on the Motion for Summary Judgment (Filing No. 33) and provide the parties with sixty-days to file a stipulation of dismissal or otherwise advise the Court of the status of settlement. After review, the Court finds the par the Court finds good cause to grant the motion. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Stay Case Progression Deadlines and Extend Plaintiff's Deadline to Respond to Motion for Summary Judgment Pending Finalization of Settlement (Filing No. 41) is granted;
2. On or before **October 13, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case, or otherwise file a joint status report regarding the status of settlement;
3. The deadline for the Plaintiff to file a response to Defendant's Motion for Summary Judgment (Filing No. 33) is stayed pending the finalization of settlement.
4. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and
5. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 11th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge